DENTON v. CONVALESCENT CENTER OF SANFORD

No. 430P94

Case below: 115 N.C.App. 567

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

DOCKSIDE DISCOTHEQUE v. BD. OF ADJUSTMENT
OF SOUTHERN PINES

No. 320P94

Case below: 115 N.C.App. 303

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

EURY v. EMPLOYMENT SECURITY COMM.

No. 426P94

Case below: 115 N.C.App. 590

Notice of appeal by plaintiffs (substantial constitutional question) dismissed 2 November 1994. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

FIRST SOUTHERN SAVINGS BANK v. TUTON

No. 306P94

Case below: 114 N.C.App. 805

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994. Motion by plaintiff to dismiss petition for discretionary review dismissed as moot 8 November 1994.

FITCH v. FITCH

No. 425A94

Case below: 115 N.C.App. 722

Notice of appeal by defendant (substantial constitutional question) dismissed 2 November 1994.